NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WATERS TECHNOLOGIES CORPORATION,**
*Appellant*

v.

**AURORA SFC SYSTEMS, INC.,**
*Appellee*

---

15-1281
(Serial no. 95/001,910 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of the Appellant, Waters Technologies Corporation , and Appellee, Aurora SFC Systems, Inc. unopposed motion to extend time to file appellant/petitioner principal brief until April 06, 2015,

IT IS ORDERED THAT:

The motion is granted. The Appellant/Petitioner brief due on April 6, 2015.

                              FOR THE COURT

March 19, 2015            /s/ Daniel E. O'Toole
                                  Daniel E. O'Toole
                                  Clerk of Court

cc: Erik Paul Belt
Kia Lynn Freeman
Steven B. Kelber
Deborah M. Vernon