Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Waters Technologies Corporation  v. Aurora SFC Systems, inc.

No. 15-1281

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for: Agilent Technologies, Inc., real party in interest and successor in interest to Aurora SFC Systems, Inc.
Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[ ] Appellant   [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

- Name: John M. Griem, Jr.
- Law firm: Carter Ledyard & Milburn LLP
- Address: Two Wall Street
- City, State and ZIP: New York, New York 10005
- Telephone: 212-238-8659
- Fax #: 212-732-3232
- E-mail address: griem@clm.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): December 17, 1998

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 4/9/2015 | /s/ John M. Griem, Jr. |
|---|---|
| Date | Signature of pro se or counsel |

cc: _____

123

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on   Apr 9, 2015
by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
   (by email or CM/ECF)

| John M. Griem, Jr. | /s/ John M. Griem, Jr. |
| --- | --- |
| Name of Counsel | Signature of Counsel |

Law Firm: Carter Ledyard & Milburn LLP

Address: Two Wall Street

City, State; ZIP: New York, New York 10005

Telephone Number: 212-238-8659

FAX Number: 212-732-3232

E-mail Address: griem@clm.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.